# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ADRIAN LOVATO, JOSHUA BEASLEY,
CALLUPP HENDERSON, DAN HOFFERT,
REUBEN STOKES, ARRISON PARRISH,
GABRIEL RAMIREZ, OSWALDO ROBELDO-
VALENCIA, ALOYSIUS SANCHEZ, FIDEL
SANCHEZ, SIMON GRIEGO, THOMAS
MCCUE, GILBERT SEDILLO, WILBERT
SORTO, and VITO GURULE,

      Plaintiffs,

v.

                                                    Case No. 1:22-CV-00255-MIS-LF

JOE LYTLE, EMMITT BLAND, JESSE
DIAZ, JORDAN BOJORQUEZ, LUKAS
CHAVEZ, LANTOSH YOUNG, ABEL
GONZALES, ALFONSO PADILLA,
MARVIN GARCIA, IVAN HOLGUIN,
ROBERT CHAVEZ, and MICHAEL CHAVEZ,

      Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS LAWSUIT WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

THIS MATTER having come before the Court on the Joint Motion to Dismiss Lawsuit with Prejudice Pursuant to Settlement Agreement, ECF No. 148, seeking to dismiss with prejudice Plaintiffs Adrian Lovato, Joshua Beasley, Callupp Henderson, Dan Hoffert, Reuben Stokes, Arrison Parrish, Oswaldo Robeldo-Valencia, Aloysius Sanchez, Fidel Sanchez, Vito Gurule, Simon Griego, Thomas McCue, and Gilbert Sedillo's Complaint,[1] including all claims that were or could have been brought against Defendants Jordan Bojorquez, Lantosh Young, Abel Gonzales,

---

[1] Coyte Law, P.C. and the New Mexico Prison & Jail Project no longer represent Gabriel Ramirez and Wilbert Sorto; Mr. Ramirez and Mr. Sorto have proceeded in this matter as pro se litigants. *See* ECF No. 145.

Alfonso Padilla, Ivan Holguin, Marvin Garcia, Michael Chavez, and Robert Chavez.[2] The Court being advised that the above-named Plaintiffs and Defendants have compromised, resolved and settled their disputes without the admission of liability, and the Court being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the above-named Plaintiffs' Complaint against the above-named Defendants, including all claims that were or could have been included therein against these Defendants in this matter, shall be and hereby are dismissed with prejudice with each party to bear their own costs and attorneys' fees.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

---

[2] On July 2, 2024, this Court entered an Order Granting in Part and Denying in Part Defendant's Third Motion for Judgment on the Pleadings Based on Qualified Immunity ("Order"). ECF No. 117. The Order dispensed with most of the claims by most of the Plaintiffs. *See id.* at 3-8, 14. The Court concluded that Defendants were entitled to judgment on the pleadings as to Count II of Plaintiffs' Third Amended Complaint based on qualified immunity. *Id.* at 30-35. As to Count I, Defendants were similarly entitled to judgment on the pleadings based on qualified immunity except for the claims made by Plaintiffs Hoffert and Griego. *Id.* at 11-30, 35. The Parties' joint motion to dismiss, ECF No. 148, disposes of all remaining claims.