IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADRIAN LOVATO, JOSHUA BEASLEY,
CALLUPP HENDERSON, DAN HOFFERT,
REUBEN STOKES, ARRISON PARRISH,
GABRIEL RAMIREZ, OSWALDO ROBELDO-
VALENCIA, ALOYSIUS SANCHEZ, FIDEL
SANCHEZ, SIMON GRIEGO, THOMAS
MCCUE, GILBERT SEDILLO, WILBERT
SORTO, and VITO GURULE,

    Plaintiffs,

v.

    Case No. 1:22-CV-00255-MIS-LF

JOE LYTLE, EMMITT BLAND, JESSE
DIAZ, JORDAN BOJORQUEZ, LUKAS
CHAVEZ, LANTOSH YOUNG, ABEL
GONZALES, ALFONSO PADILLA,
MARVIN GARCIA, IVAN HOLGUIN,
ROBERT CHAVEZ, and MICHAEL CHAVEZ,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Joint Motion to Dismiss Lawsuit with Prejudice Pursuant to Settlement Agreement entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

                                                                   **MARGARET STRICKLAND**
                                                                   UNITED STATES DISTRICT JUDGE